IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSE CALLOWAY, IV,** *et al.*, | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | |
| v. | : | **NO. 24-CV-5332** |
| | : | |
| **AMERICAN EXPRESS** | : | |
| **NATIONAL BANK,** *et al.*, | : | |
| *Defendants* | : | |

**O R D E R**

**AND NOW**, this 28th day of October, 2024, upon consideration of Plaintiff Jesse Calloway, IV's *motion to proceed in forma pauperis* (ECF No. 3) and *pro se* Complaint (ECF No. 1), it is hereby **ORDERED** that:

1. Motion for leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED,** with prejudice**,** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*